*R. Spencer Shytles*
*Graham, Bright & Smith*
*Two Lincoln Centre*
*5420 LBJ Freeway, Suite 300*
*Dallas, Texas 75240*
*(972) 788-5300 - Telephone*

*ATTORNEYS FOR THE OAKS BANK AND TRUST COMPANY*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 05-40372 |
| MACIEK PAWEL NAZARKO and CATHY LYNN NAZARKO Debtors, | § § § § | Chapter 7 |

| | | |
|---|---|---|
| THE OAKS BANK AND TRUST COMPANY, Plaintiff, | § § § § | ADVERSARY NO. 05-4024 |
| vs. | § § | |
| MACIEK PAWEL NAZARKO Defendant. | § § § | |

## DEFENDANT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW

Comes now, Defendant, and submits this its Findings of Fact and Conclusions of Law:

**FINDINGS OF FACT:**

1. Defendant did not have actual intent to defraud Plaintiff.

2. Defendant did not violate any provisions of Bankruptcy Code Section 523(a)(2), 523(a)(4) and 523(a)(6).

## CONCLUSIONS OF LAW

1. Plaintiff is not entitled to a Judgment against the Defendant.

2. Costs of this case are assessed against the Plaintiff.

Respectfully submitted,

**GOLDBERG & ALEXANDER, P.C.**
Attorneys and Counselors


By: /s/ Rex Henger
    Rex Henger
    State Bar Number: 09461300

Preston Royal Office Park
5924 Royal Lane, Suite 250
Dallas, TX 75230
214-373-4494 Telephone
214-373-4493 Facsimile

**ATTORNEY FOR DEFENDANT**